UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
- - - - - -

UNITED STATES OF AMERICA,

      Plaintiff,                         Case No.: 1:26-mj-307

      vs.

LAKENTO BRIAN SMITH,

      Defendant.                     MOTION TO SEAL

_____/

      The United States of America moves this court to seal the Complaint in the above entitled case in order that the execution of the arrest warrant be unimpeded and the investigation continue; and that such sealing remain in force and operation until the defendant is advised of these proceedings, arrested, the investigation is completed, or further order of this court.  The government asks that the U.S. Probation Department be excepted from the seal.

                                Respectfully submitted,

                                TIMOTHY VERHEY
                                United States Attorney

Dated: July 20, 2026

                                _____
                                DANIEL T. McGRAW
                                Assistant United States Attorney
                                P.O. Box 208
                                Grand Rapids, MI   49501-0208
                                (616) 456-2404

      IT IS SO ORDERED.

Dated:   July 20, 2026                  _____
                                  RAY KENT
                                  United States Magistrate Judge
                                  United States District Court