Query     Reports     Utilities     Help     What's New     Log Out

CLOSED

# U.S. District Court
# SOUTHERN DISTRICT OF TEXAS (Houston)
# CRIMINAL DOCKET FOR CASE #: 4:26-mj-00492-1

Case title: USA v. Smith            Date Filed: 07/23/2026

Other court case number: 1:26-mj-307 Western District of Michigan   Date Terminated: 07/24/2026
(Southern Division)

---

Assigned to: Magistrate Judge Dena
Hanovice Palermo

**Defendant (1)**

| | | |
|---|---|---|
| **Lakento Brian Smith**<br>*TERMINATED: 07/24/2026* | represented by | **Federal Public Defender - Houston**<br>440 Louisiana<br>Ste 1350<br>Houston, TX 77002<br>713-718-4600<br>Fax: 713-718-4610<br>Email: hou_ecf@fd.org<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Public Defender or Community Defender Appointment* |

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| 18 U.S.C. § 1956(h) Conspiracy to launder monetary instruments to promote felony violations of the Controlled Substances Act, and conceal the nature, source, or ownership | |

of the proceeds of felony violations of the
Controlled Substances Act.

---

**Plaintiff**

**USA**

| Date Filed | # | Docket Text |
|---|---|---|
| 07/23/2026 | 1 | Complaint - Western District of Michigan, Southern Division as to Lakento Brian Smith, filed. (smg4) (Entered: 07/23/2026) |
| 07/23/2026 | | Arrest (Rule 40) of Lakento Brian Smith, filed. (smg4) (Entered: 07/23/2026) |
| 07/23/2026 | 2 | Arrest Warrant issued 7/20/2026; Returned Executed on 7/23/2026 as to Lakento Brian Smith. Defendant was arrested in Houston, TX. Document restricted from PACER under privacy policy., filed. (smg4) (Entered: 07/23/2026) |
| 07/23/2026 | | Set Hearing as to Lakento Brian Smith: Initial Appearance - Rule 40 set for 7/23/2026 at 02:00 PM in Courtroom 702 before Magistrate Judge Dena Hanovice Palermo (smg4) (Entered: 07/23/2026) |
| 07/23/2026 | | Arrest of Lakento Brian Smith, filed. (clf4) (Entered: 07/24/2026) |
| 07/23/2026 | | INITIAL APPEARANCE IN RULE 5(c)(3) Minute Entry for proceedings held on 7/23/2026 before Magistrate Judge Dena Hanovice Palermo as to Lakento Brian Smith. Defendant first appearance on Complaint from the Michigan Western District Court 1-26-mj-307 and advised of rights/charges. Defendant requests appointed counsel, Financial Affidavit executed on the record, Defendant appeared with counsel. Order appointing FPD for limited purpose, Waiver of Identity executed on the record, Defendant ordered removed to originating district. Defendant reserves his right to have all hearings he is entitled to in the WDMI Grand Rapids Division Appearances: AUSA Charles Brandon Hagerman for USA; AFPD Heather Hughes for Defendant.(ERO:Yes) (Interpreter: No) (Pretrial Officer: Andrea Saulter) Defendant remanded to custody, filed. (clf4) (Entered: 07/24/2026) |
| 07/23/2026 | 3 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Lakento Brian Smith FOR LIMITED PURPOSE. (Signed by Magistrate Judge Dena Hanovice Palermo) Parties notified. (clf4) (Entered: 07/24/2026) |
| 07/23/2026 | 4 | BRADY ORDER on Rule 5(f) as to Lakento Brian Smith. (Signed by Magistrate Judge Dena Hanovice Palermo) Parties notified. (clf4) (Entered: 07/24/2026) |
| 07/23/2026 | 5 | COMMITMENT TO ANOTHER DISTRICT as to Lakento Brian Smith. Defendant committed to the Michigan Western District Court. ( Signed by Magistrate Judge Dena Hanovice Palermo) Parties notified. (clf4) (Entered: 07/24/2026) |
| 07/24/2026 | | RULE 5 Papers sent via email to Michigan Western District Court Grand Rapids Division as to Lakento Brian Smith, filed. (clf4) (Entered: 07/24/2026) |