# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF MICHIGAN
## CRIMINAL MINUTE SHEET

| USA v.   Lakento Brian Smith | Mag. Judge:  Ray Kent |
| --- | --- |

| CASE NUMBER | DATE | TIME (begin/end) | PLACE | INTERPRETER |
| --- | --- | --- | --- | --- |
| 1:26-mj-00307-RSK* | August 5, 2026 | 2:02 - 3:24 p.m. | Grand Rapids | |

**APPEARANCES:**

| Government:<br>Daniel McGraw | Defendant:<br>James Fisher | Counsel Designation:<br>FPD Appointment |
| --- | --- | --- |

| OFFENSE LEVEL | CHARGING DOCUMENT/COUNTS | CHARGING DOCUMENT |
| --- | --- | --- |
| | Complaint | Read  __<br>Reading Waived  __ |

| TYPE OF HEARING | DOCUMENTS | CHANGE OF PLEA |
| --- | --- | --- |
| __ First Appearance<br>__ Arraignment:<br>   __mute     __nolo contendre<br>   __not guilty    __guilty<br>__ Initial Pretrial Conference<br>✓ Detention   (waived __)<br>✓ Preliminary   (waived __)<br>__ Rule 5 Proceeding<br>__ Revocation/SRV/PV<br>__ Bond Violation<br>__ Change of Plea<br>__ Sentencing<br>__ Other: _____ | __ Defendant's Rights<br>__ Waiver of _____<br>__ Consent to Mag. Judge for _____<br>__ Other:<br>_____<br>_____<br>Court to Issue:<br>__ Report & Recommendation<br>✓ Order of Detention<br>__ Order to file IPTC Statements<br>✓ Bindover Order - Grand Jury<br>__ Order Appointing Counsel<br>__ Other: _____ | Guilty Plea to Count(s) _____<br>of the _____<br>Count(s) to be dismissed at sentencing:<br>_____<br>Presentence Report:<br>   __Ordered     __Waived<br>__ Plea Accepted by the Court<br>__ No Written Plea Agreement<br><br>**EXPEDITED RESOLUTION**<br>__ Case appears appropriate for expedited resolution |

| ADDITIONAL INFORMATION | SENTENCING |
| --- | --- |
| *Held concurrently with 1:06-cr-32.<br><br>Government called SA Joe Mack, for testimony; preliminary hearing held, probable cause found; detention hearing held, defendant detained. | Imprisonment: _____<br>Probation: _____<br>Supervised Release: _____<br>Fine: $ _____<br>Restitution: $ _____<br>Special Assessment: $ _____<br>Plea Agreement Accepted:   __Yes  __No<br>Defendant informed of right to appeal:   __Yes  __No<br>Counsel informed of obligation to file appeal: __Yes  __No |

| CUSTODY/RELEASE STATUS | BOND AMOUNT AND TYPE |
| --- | --- |
| Detained | $ _____ |
| **CASE TO BE:**   Referred to Grand Jury | **TYPE OF HEARING:**  Further Proceedings |
| **Reporter/Recorder:**   Digitally Recorded | **Courtroom Deputy:**   K. Belanger |